IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 05-10922 & 05-10923
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 29, 2005
THOMAS K. KAHN
CLERK

D.C. Docket Nos. 03-60170-CR-WPD & 03-60194-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRIUS SEARS,
a.k.a. Marcus A. Jackson,
a.k.a. Michael P. Rogers,
a.k.a. Adonis Ramos,

Defendant-Appellant.

_____

Appeals from the United States District Court for the
Southern District of Florida

_____

(November 29, 2005)

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Joel D. Robrish, counsel for Demetrius Sears in these direct criminal

appeals, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sears's convictions and sentences are **AFFIRMED**.